UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA PINCHBECK,<br><br>Plaintiff,<br><br>-against-<br><br>ALLIANCE ONE, INC.,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 7:10-cv-01193-KMK |

Pamela Pinchbeck (Plaintiff), by her attorneys, Krohn & Moss, Ltd., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, Alliance One, Inc. (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By:   /s/ Adam T. Hill
Adam T. Hill
Krohn & Moss, Ltd.
120 W. Madison St., 10th Fl.
Chicago, IL 60602
Tel.: 312-578-9428
Fax: 866-802-0021
ahill@consumerlawcenter.com
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2010, I electronically filed the foregoing Notice of Voluntary Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to Defendant, at the mailing address listed below via the United States Postal Service.

    Sheila L. Chun
    Winston & Winston P.C.
    295 Madison Avenue, Suite 930
    New York, NY 10017

                                  By:/s/ Adam T. Hill____
                                      Adam T. Hill
                                      Attorney for Plaintiff